UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| EARNEST L. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CV-0118 RM |
| ) | |
| JOHN VANNATTA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

<u>MEMORANDUM AND ORDER</u>

On March 11, 2005, this court granted the plaintiff *in forma pauperis* status pursuant to 28 U.S.C. § 1915(b), and directed the agency having custody of him to send the clerk of the court an initial partial filing fee of $4.17 from his prisoner trust account. The agency has not sent the initial partial filing fee, and on June 20, 2005, the court entered an order to directing the agency having custody of the plaintiff to advise the court of the reason why the initial partial filing fee has not been paid. The agency has not responded.

There is no information allowing the court to determine when the agency will be able to forward the initial partial filing fee, or to determine the plaintiff's current financial condition. Under 28 U.S.C. § 1915(b)(4), no prisoner shall be prohibited from filing a civil action because he has no assets or other means of paying the initial filing fee, so the court will waive the payment of an initial partial filing fee in this case prior to screening the complaint pursuant to 28 U.S.C. § 1915A. The plaintiff is, of course, still obligated to pay the full filing fee as required by 28 U.S.C. § 1915(b)(2), and the agency is still obligated

under the court's order pursuant to § 1915(b) to forward payments to the clerk of this court under the terms set forth in that order.

For the foregoing reasons, the court DIRECTS the clerk to file the complaint in this case but to not forward the complaint to the Marshals Service until the court has screened the complaint pursuant to 28 U.S.C. § 1915A.

SO ORDERED.

DATED: August 18 , 2005

s/Christopher A Nuechterlein  
Christopher A. Nuechterlein  
United States Magistrate Judge